UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, *etc.*, )<br>)<br>    Plaintiff, )<br>)<br>      vs. )<br>)<br>JANE SMITH, *etc., et al.*, )<br>)<br>)<br>    Defendants. )<br>) | 2:11-cv-716-RLH-CWH |

**ORDER OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED that this action is hereby dismissed without prejudice as to all defendants.

Dated: June 6, 2012

ROGER L. HUNT
UNITED STATES DISTRICT JUDGE